Commonwealth *v*. Johnson, Appellant.

Argued September 9, 1969. *Lawrence M. Aglow*, for appellant; *Richard A. Devlin*, Assistant District Attorney, with him *Stewart J. Greenleaf*, Assistant District Attorney, *Parker H. Wilson*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v*. Johnson, Appellant.

Submitted September 11, 1969. *Mark D. Schaffer* and *Melvin Dildine*, Assistant Defenders, and *Herman I. Pollock*, Defender, for appellant; *James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v*. Johnson, Appellant.

Submitted September 8, 1969. *Frederick S. Wolf*, and *Beaver, Wolf & Brandt*, for appellant; *Alvin B. Lewis, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.